*G. E. Pritchard, W. J. B. Williams* and *R. S. Johnson* for appellant.

*W. E. Scripture* for James H. Whaley, respondent.

*Leland N. Wood* for city of Rome, respondent.

Appeal dismissed, with costs, on ground that no permission to appeal was obtained and no constitutional question was directly involved within the meaning of section 588 of the Civil Practice Act; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McI·AUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ROCHESTER TRUST AND SAFE DEPOSIT COMPANY et al., as Executors of W. FRANK MCLEAN, Deceased, et al., Respondents, *v.* CHAPIN BROWN, as Executor of ARTHUR T. SKINNER, et al., Appellants.

*Decedent's estate — action to determine ownership and method of distribution of portion of estate.*

*Rochester Trust & Safe Deposit Co.* v. *Brown,* 209 App. Div. 845, affirmed.

(Argued October 22, 1924; decided November 25, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 9, 1924, modifying and affirming as modified a judgment in favor of plaintiffs entered upon the report of a referee. The action was brought to have it adjudged that certain bonds and mortgages and other securities in the possession of plaintiffs, executors, were the property of the plaintiffs' testator and others; that the will of Arthur T. Skinner of March 10, 1910, was his last will so far as such property was concerned and a codicil of June 20, 1920, was inoperative; that plaintiffs might have an accounting in Supreme Court and the defendant Chapin Brown in his two representative capacities and Nellie F. Skinner be excluded from any interest in such property and be enjoined from asserting any right therein.

*James McCall* and *W. Chantler Arbuckle* for appellants.

*Asher P. Whipple* and *James L. Hotchkiss* for respondents.

Judgment affirmed, with costs to respondents payable out of the fund; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: HISCOCK, Ch. J.

---

WILLIAM STEVENS, Appellant, v. ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, Respondent.

*Carriers — freight charges — when railroad which carries merchandise to seaport under bill of lading providing for transportation to foreign land entitled to freight charges though owing to damage from fire merchandise could not be transported further and so much as was salvaged was there sold.*

Stevens v. Atchison, T. & S. F. Ry. Co., 207 App. Div. 442, affirmed. (Argued October 23, 1924; decided November 25, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1923, in favor of defendant upon the submission of a controversy under sections 546 and 547 of the Civil Practice Act. The action was to determine the ownership of certain freight money held in escrow and claimed by defendant for transporting certain cotton consigned to Japan from Texas to San Francisco. When on the pier at the latter place the cotton was so damaged by fire that the steamship company on whose vessel it was to be shipped refused to receive it on the ground that there was danger of spontaneous combustion. The defendant thereupon tendered said salvaged cotton to the owners and consignees and demanded that they accept said salvaged cotton and pay freight charges for the inland transportation thereof. The owners and consignees refused to accept same, and demanded that the salvaged cotton be transported to Kobe, Japan, as originally contracted, or delivered to them at San Francisco, Cal., without payment of any freight charges whatsoever.

*George S. Brengle* for appellant.
*A. S. H. Bristow* for respondent.